IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00512-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. OMAR De DIOS-MARISCAL,
  a/k/a Gabriel Floresavila

      Defendant.

---

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals

Service requiring the United States Marshal to produce OMAR De DIOS-MARISCAL

before a United States Magistrate Judge forthwith for proceedings and appearances upon

the charges in the Indictment, and to hold him at all times in the United States Marshal's

custody as an agent of the United States of America until final disposition of the

defendant's case, and thereafter to return the defendant to the institution where he is now

confined.

SO ORDERED this 12th day of January, 2009.

_____
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO